UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALEXANDER BONNANE MATOS,                                                    Petitioner,

v.                                                        Civil Action No. 3:26-cv-542-DJH

JEFF TINDALL, Jailer, Oldham County
Detention Center et al.,                                                   Respondents.

* * * * *

**ORDER**

Petitioner Alexander Bonnane Matos, proceeding pro se, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)    The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)    The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Jeff Tindall.

(3)    The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)    **On or before July 23, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)    Petitioner may file a reply **on or before July 27, 2026**.

(6)    If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before July 27, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Oldham County Detention Center.  The parties may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

July 20, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1